UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CATHY FLYNN, *Pro Se*, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:14-CV-90 |
| ) | (VARLAN/GUYTON) |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER

The Defendant has submitted a Motion for Extension of Time **[Doc. 14]** in which Defendant requests that the Court allow Defendant up to and including September 24, 2014, to file a response to the Plaintiff's Motion for Summary Judgment. This is the Defendant's first request for an extension of time in this matter.

Generally, an extension of time for *thirty days* will be granted for *each* party. The Court finds that good cause exists for granting the requested extension, but the Court will not grant *either* party an additional extension of time without a showing of *substantial good cause*. Accordingly, the Defendant's Motion for Extension of Time **[Doc. 14]** is **GRANTED**. The Defendant shall have up to and including **September 24, 2014**, in which to file a response to the Plaintiff's Motion for Summary Judgment.

**IT IS SO ORDERED**.

ENTER:

/s/ Bruce Guyton
United States Magistrate Judge